1  MELINDA L. HAAG
   United States Attorney
2  DONNA CALVERT
   Regional Chief Counsel, Region IX
3  Social Security Administration
   THEOPHOUS H. REAGANS, CSBN 189450
4  Special Assistant United States Attorney

5      160 Spear Street, Suite 800
       San Francisco, California 94105
6      Telephone: (415) 977-8938
       Facsimile: (415) 744-0134
7      E-Mail: Theophous.Reagans@ssa.gov

8  Attorneys for Defendant

9                    UNITED STATES DISTRICT COURT

10                   NORTHERN DISTRICT OF CALIFORNIA

11

12 SALVADOR LOPEZ ROSAS,          )
                                  )         CIVIL NO. CV 3:15-CV-00231-WHO
13         Plaintiff,             )
                                  )
14         v.                     )         AMENDED STIPULATION FOR
                                  )         EXTENSION OF TIME TO RESPOND TO
15 CAROLYN W. COLVIN,             )         SUMMARY JUDGMENT MOTION
   Acting Commissioner of         )
16 Social Security,               )
                                  )
17         Defendant.             )
   _____)

18

19     The parties, through their respective counsel, stipulate that the time for Defendant to respond to

20 Plaintiff's motion for summary judgment be extended from June 23, 2015 to July 23, 2015. Defendant's

21 Counsel needs the extension because he has a backlog of cases and needs additional time to complete a

22 review of the defensibility of the ALJ's decision. All other dates in the Court's Scheduling Order are

23 extended accordingly.

24     This is Defendant's first request for an extension of time to respond to Plaintiff's motion.

25

26                                    Respectfully submitted,

27

28

1  Dated: June 22, 2015         *David J. Linden*
                                (Authorized via telephone)
2                               DAVID J. LINDEN
                                Attorney for Plaintiff

4  Dated: June 22, 2015         MELINDA L. HAAG
                                United States Attorney

7                               *Theophous H. Reagans*
                                THEOPHOUS H. REAGANS
8                               Special Assistant U.S. Attorney

9                               Attorneys for Defendant

11 **IT IS SO ORDERED:**

13 Dated: June 23, 2015          _____
                                WILLIAM H. ORRICK
14                              United States District Court Judge