1  MELINDA L. HAAG
   United States Attorney
2  DONNA CALVERT
   Regional Chief Counsel, Region IX
3  Social Security Administration
   THEOPHOUS H. REAGANS, CSBN 189450
4  Special Assistant United States Attorney

5     160 Spear Street, Suite 800
      San Francisco, California 94105
6     Telephone:  (415) 977-8938
      Facsimile:  (415) 744-0134
7     E-Mail: Theophous.Reagans@ssa.gov

8  Attorneys for Defendant

9                          UNITED STATES DISTRICT COURT

10                         NORTHERN DISTRICT OF CALIFORNIA

11

12 SALVADOR LOPEZ ROSAS,  )
                                 )  CIVIL NO. CV 3:15-CV-00231-WHO
13     Plaintiff,  )
                                 )
14        v.  )  SECOND STIPULATION FOR EXTENSION
                                 )  OF TIME TO RESPOND TO SUMMARY
15 CAROLYN W. COLVIN,  )  JUDGMENT MOTION
   Acting Commissioner of  )
16 Social Security,  )
                                 )
17     Defendant.  )
                                 )
18

19       The parties, through their respective counsel, stipulate that the time for Defendant to respond to
20 Plaintiff's motion for summary judgment be extended from July 23, 2015 to August 23, 2015.
21 Defendant's counsel has been out of the office because of a family emergency.  Defendant's Counsel
22 needs the extension because he has a backlog of cases and needs additional time to complete a review of
23 the defensibility of the ALJ's decision.  All other dates in the Court's Scheduling Order are extended
24 accordingly.
25       This is Defendant's first request for an extension of time to respond to Plaintiff's motion.
26
27                                 Respectfully submitted,
28

Dated: July 23, 2015

*David J. Linden*
(Authorized via telephone)
DAVID J. LINDEN
Attorney for Plaintiff

Dated: July 23, 2015

MELINDA L. HAAG
United States Attorney

*Theophous H. Reagans*
THEOPHOUS H. REAGANS
Special Assistant U.S. Attorney

Attorneys for Defendant

**IT IS SO ORDERED:**

Dated: August 3, 2015

_____
WILLIAM H. ORRICK
United States District Court Judge