UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SALVADOR LOPEZ ROSAS,<br>　　　　Plaintiff,<br>　　v.<br>CAROLYN W COLVIN,<br>　　　　Defendant. | Case No. 15-cv-00231-WHO<br><br>**ORDER TO SHOW CAUSE FOR FAILURE TO E-FILE THE ADMINISTRATIVE RECORD**<br><br>Re: Dkt. Nos. 26, 27, 31 |

　　　　Pursuant to Civil Local Rule 5-1(b) the Administrative Record in Social Security cases must be e-filed, and only a Chamber's Copy needs to be delivered to the Court in hard copy. Civ. Local Rule 5-1(e)(7). The Clerk's Office has repeatedly asked defense counsel to e-file the Administrative Record in this case, but counsel has not complied. *See* Dkt. Nos. 27, 31 & 10/15/15 Notice. Defense counsel is hereby ORDERED TO SHOW CAUSE for the failure to e-file the Administrative Record as requested. Counsel may satisfy the OSC by either (i) e-filing the Administrative Record on or before **February 2, 2016,** or (ii) providing the Court with an explanation by that date why his office is unable to e-file the Administrative Record in this case.

　　　　**IT IS SO ORDERED**.

Dated: January 20, 2016

　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　WILLIAM H. ORRICK
　　　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge